1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PAUL BELTRAN, <br><br> Petitioner, <br> vs. <br><br> UNKNOWN, <br><br> Respondent. | Case No. CV 12-5800 MWF (MRW) <br><br> JUDGMENT |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: _____            _____
                                 HON. MICHAEL W. FITZGERALD
                                 UNITED STATES DISTRICT JUDGE